PER CURIAM.
Blondell Snipes appeals from an order of the trial court determining the dependency of her minor son. We reverse upon a. finding that the evidence was legally insufficient to support the dependency petition. Williams v. State, 437 So.2d 133 (Fla.1983), cert. denied, — U.S.-, 104 S.Ct. 1690, 80 L.Ed.2d 164 (1984); Tibbs v. State, 397 So.2d 1120 (Fla.1981), aff'd, 457 U.S. 31, 102 S.Ct. 2211, 72 L.Ed.2d 652 (1982); Huggins v. State, 453 So.2d 835 (Fla. 5th DCA), rev. denied, 456 So.2d 1182 (Fla.1984); Rodriguez v. State, 436 So.2d 219 (Fla. 3d DCA 1983), rev. denied, 447 So.2d 888 (Fla.1984). Furthermore, the trial court erred in discharging appellant’s court appointed attorney because it disagreed with his scheduling of certain depositions.
Reversed.